UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS LOUIS PHILLIPS                                          CIVIL ACTION

VERSUS                                                         NO. 12-2711
                                                               c/w 12-2712

BURL CAIN, WARDEN                                              SECTION "A"(2)
LA. STATE PENITENTIARY

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the consolidated petitions of Thomas Louis Phillips for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 are **SEVERED** for purposes of the entry of judgment.

**IT IS FURTHER ORDERED** that Phillips's petition in Civil Action No. 12-2711 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state required remedies.

**IT IS FURTHER ORDERED** that Phillips's petition in Civil Action No. 12-2712 is **DISMISSED WITHOUT PREJUDICE** as duplicative of Civil Action No. 12-2711 and for failure to pay the filing fee.

New Orleans, Louisiana, this ____8th____ day of _____October_____, 2013.

_Nannette Jolivette Brown_
UNITED STATES DISTRICT JUDGE